165 F.3d 31w
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
ANCILLARY AFFILIATED HEALTH SERVICES, INCORPORATED, a
Wisconsin business corporation, Plaintiff-Appellant,
v.
Donna E. SHALALA, Secretary, Department of Health and Human
Services, a Department of the U.S. Government,
Defendant-Appellee.
 No. 98-1385.
 United States Court of Appeals, Seventh Circuit.
 Argued Oct. 2, 1998.
Decided Nov. 25, 1998.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE F.3D.1069.